AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

201 I STREET, S.W.
APARTMENT 413
WASHINGTON, D.C.

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I    JOSEPH N. LOWERY, JR.    being duly sworn depose and say:

I am a(n)   Special Agent with the Federal Bureau of Investigation   and have reason to believe
(Official Title)

that (name, description and or location)

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
EVIDENCE OF MULTIPLE ROBBERIES, INCLUDING, BUT NOT LIMITED TO, U.S. CURRENCY, CLOTHING, DOCUMENTS, COOKWARE, A SATCHEL, NOTES, AN ELECTRONIC DATA STORAGE CARD AND ITEMS HAVING RED DYE STAINS ☐ ☐ ☐

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
EVIDENCE OF A CRIMINAL OFFENSE

concerning a violation of Title CODE OF VIRGINIA  United States Code, Section(s) 18.2-58 . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    YES   X   NO

PATRICIA STEWART
FEDERAL MAJOR CRIMES
(202)202-514-7064

Signature of Affiant
,

Sworn to before me, and subscribed in my presence

at Washington, D.C.

Date

Name and Title of Judicial Officer    Signature of Judicial Officer