**AFFIDAVIT
IN SUPPORT OF A SEARCH WARRANT
FOR 201 I STREET, S.W. APARTMENT 413, WASHINGTON, D.C.**

**The premises are further identified as Capital Park Plaza Apartments, on the corner of I Street NW and Delaware Avenue NW, and are described as a multi-story apartment complex, having a cement and red brick facade, and surrounded by a black rod iron fence. Apartment 413 is located on the fourth floor of the building, and is further identified as having an olive colored door. A square silver-plated peephole and doorbell is on the upper middle portion of the door. The numbers "413" are printed in black on the silver plate surrounding the peephole. The door also contains both a silver deadbolt lock and silver doorknob.**

I, Joseph N. Lowery Jr., Special Agent with the Federal Bureau of Investigation (FBI), Washington Field Office, Washington, D.C. (hereinafter affiant), being duly sworn, depose and state as follows: I am a Special Agent with the FBI, with federal law enforcement powers. I have been an FBI agent for over seven years. I am currently assigned to the CR-2 Squad in Washington, D.C. (Violent Crimes Squad), which investigates allegations of interstate threats, kid nappings and bank robberies, and have been so assigned since June 2005. I previously was assigned to FBI Headquarters, Washington, D.C. for three years working counterterrorism matters. During my career, I have participated in numerous criminal investigations, to include drug violations, bank robberies, counterterrorism matters, threat cases and have participated in the execution of numerous search warrants.

Your Affiant respectfully seeks a search warrant for the premises located at 201 I Street SW, apartment 413, Washington, DC, 20024 (District of Columbia). Your Affiant respectfully seeks a warrant to search for evidence of the crime of robbery, in violation of 18.2-58, Code of Virginia, (1950), as amended. Your Affiant bases his probable cause on the following facts:

On Thursday, August 10, 2006 at approximately 0905 hours, the BB & T Bank, located at 6810 Commerce Street, Springfield, (Fairfax County), Virginia was robbed by a lone male suspect. The suspect was described as African-American, 25 to 30 years of age, 6'2" to 6'5" in height, and having a slender build. The suspect was wearing all dark clothing, to include glasses, a dark hat, shirt, pants and shoes. He also carried a dark satchel or bag on his person.

The suspect entered the bank, and waited for an available teller. He then approached the teller and presented a robbery note, demanding cash, and telling the victim teller she would die if she did not comply. The suspect made demands for specific denominations of money. The victim teller complied with the suspect's demands, and provided an undisclosed amount of cash to the suspect. The suspect took the cash and the note back. The teller also gave the suspect a dye pack and bait money. The suspect fled out of the bank in an unknown direction. The event was recorded by an electronic recording device. Other items of evidentiary value were recovered from the scene.

Examination of the event revealed a similar style robbery at the Wachovia Bank, 1311 Dolley Madison Boulevard, McLean, (Fairfax County), Virginia on July 20, 2006. Photographs of both robberies revealed the depicted suspects to be very similar in appearance. The modus operandi in both cases was similar in nature.

On August 24, 2006 a suspicious event was reported to the Fairfax County Police Department by representatives of the Wal-Mart store, located at 7910 Richmond Highway, Alexandria, (Fairfax County), Virginia. On that day at approximately 1440 hours, an African-American male further described as being very tall and having a slender build made a purchase of items valued at $814.09. The items included cookware, a home theater system, lamps, a webcam, an electronic data storage card, bathroom accessories, personal cosmetic items, a fountain and towels. The male purchasing the items presented the items into a self checkout lane and used cash to pay for the items. A store representative was watching and noticed that the man was using various denominations of currency having red dye stain on it. The store representative became suspicious, assuming that the currency was counterfeit. The store representative tested one of the bills, and found that it was not. The male finished his transaction and left the store. The representative, still suspicious of the subject, followed him outside and observed him getting inside a red van. The van was noted as having Washington Redskins logos and flags on it, and the license plate was recorded as xxxxxxxxxx. The man left in the vehicle, and the Fairfax County Police were summoned to the store.

The officer investigating the case seized the red dye stained monies, all of which were in various denominations. The officer also collected various store video recordings of the incident, which depicted the African-American male. Later comparisons of the video made by Your Affiant to the bank robbery photographs revealed the men to be similar in appearance to each other. A routine check of the license plate registration revealed the vehicle to be a 1998 Chevrolet van, maroon in color, having a VIN of xxxxxxxxxxxxxxxxxx, and registered to xxxxxxxxxxxxx at 201 I Street SW, # 413, Washington, DC 20021.

On Saturday, September 2, 2006 the Wachovia Bank located at 1311 Dolley Madison Boulevard, McLean, (Fairfax County), Virginia was robbed by a lone male, having both a similar physical description and using a similar modus operandi as the previous reported robberies depicted in this affidavit. Subsequent to this robbery, Fairfax County Police Officers arrested xxxxxxxxxxxxxxx , an African-American male, described as being 6'5" tall and weighing 190 pounds, and having a date of birth of xxxxxxxx. He was driving a 1998 Chevrolet van, maroon in color, and having a DC registration of xxxxxxxxx. xxxxxxxxxx was transported to the Criminal Investigations Bureau (CIB) of the Fairfax County Police, located at 4100 Chain Bridge Road, Fairfax, Virginia. Mr. Wright was interviewed by Detectives Bowers and Hardy from the CIB robbery squad. Mr. Wright was provided MIRANDA warnings. xxxxxxxxx waived his rights and made a statement to the police. xxxxxxxxxxx has been charged with bank robbery in Fairfax County, Virginia, and is awaiting a preliminary hearing. A search warrant was executed on his vehicle, and items of evidentiary nature were recovered from it.

Your Affiant believes there are further items of evidentiary value in the residence of Mr. Chante Jerome Wright, an African-American male having a date of birth of xxxxxxxxx. Your Affiant has confirmed that xxxxxxxxx resides at Capital Park Plaza Apartments, located at 201 I Street SW, Washington, DC, specifically apartment 413. He has been a resident there since April 27, 2006. No other person is listed on the lease with xxxxxxxxx.

Your Affiant believes there is probable cause to issue a search warrant for xxxxxxxx residence to search for the following items relating to robberies in Fairfax County, Virginia, to wit: clothing, shoes, notes, diagrams, receipts, US Currency, records and documents, a black satchel or bag, sunglasses or glasses, cookware, a home theater system, lamps, a webcam, an electronic data storage card, bathroom accessories, personal cosmetic items, a fountain, towels, and any item having red dye stain on it in violation of robbery, 18.2-58, Code of Virginia, (1950), as amended.

                                                                                                    _____

                                                Special Agent Joseph N. Lowery Jr.
                                                Federal Bureau of Investigation

Subscribed and sworn before me this 6th day of September, 2006.

                                                _____

                                                UNITED STATES MAGISTRATE JUDGE