AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

WASHINGTON, D.C.

**SEARCH WARRANT**

CASE NUMBER: 06 - 391 - M - 01

TO: __JOSEPH N. LOWERY, JR.__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent JOSEPH LOWRY_ who has reason to believe that
(name, description and or location)

ON THE PREMISES KNOWN AS

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

EVIDENCE OF MULTIPLE ROBBERIES, INCLUDING, BUT NOT LIMITED TO, U.S. CURRENCY, CLOTHING, DOCUMENTS, COOKWARE, A SATCHEL, NOTES, AN ELECTRONIC DATA STORAGE CARD AND ITEMS HAVING RED DYE STAINS ☐ ☐ ☐

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _September 16, 2006_
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

SEP 06 2006                                           at Washington, D.C.

Date and Time Issued
__JOHN M. FACCIOLA__
__U.S. MAGISTRATE JUDGE__
Name and Title of Judicial Officer                    Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 9/6/06 | 9/7/06 @ 9:00AM | AT RESIDENCE |

**INVENTORY MADE IN THE PRESENCE OF** SA JEFF JOHANNES

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

1) RED DYE STAINED U.S. CURRENCY (22) $1, (2) $5, (1) $20
2) RED DYE STAINED U.S. CURRENCY (1) $100, (2) $20, (15) $5
3) COMPUTER FLASH/MB CARD
4) FLATWARE W/PACKAGE PLASTIC WRAPPING
5) LOGISTIC WEB CAMERA
6) QUICKEN CD (FOR WEBCAM)
7) ONE RED DYE PACK EXPLODED W/U.S. CURRENCY
8) LEASE AGREEMENT
9) PHOTOGRAPH OF
10) BUDDHA STYLE LAMP
11) COMPUTER SD CARD 1GB
12) TECH BRAND STAIN REMOVER
13) FLOOR LAMP
14) WATER FOUNTAIN
15) MICRO SUEDE BED SET
16) COOKWARE
17) (3) BLACK TOWELS IN WALMART BAG
18) PANASONIC HOME THEATER SYSTEM
19) WASTE BASKET, SOAP DISH, TISSUE COVER, TOOTHBRUSH HOLDER, LOTION PUMP BATH SET

**FILED**
SEP 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

SA _[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_  9/19/06
U.S. Judge or U.S. Magistrate Judge       Date